IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
SATISH DAT BEAST, RONALD        )   CV 26-00006 HG-WRP
SATISH EMRIT, GO GO SATISH,     )
                                )
          Plaintiffs,           )
                                )
     vs.                        )
                                )
SNOOP DOGGY DOGG, SNOOP         )
DOGGY DOG BOWL IN ARIZONA,      )
THE RACIST STATES OF ARIZONA,   )
NBC, COMCAST, NBC UNIVERSAL,    )
VIVENDI UNIVERSAL, PEACOCK,     )
UNITED STATES OLYMPIC           )
COMMITTEE, MIKE TIRICO, CRIS    )
COLLINSWORTH, SUNDAY NIGHT      )
FOOTBALL, ROGER GOODELL,        )
NATIONAL FOOTBALL LEAGUE,       )
KENDRICK LAMAR, JAY-Z, DR.      )
DRE, ICE CUBE, ESTATE OF EAZY   )
E "ERIC WRIGHT", SUPER BOWL     )
HALFTIME SHOW, BAD BUNNY,       )
                                )
          Defendants.           )
                                )
```

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO (1) DISMISS COMPLAINT WITHOUT LEAVE TO AMEND AND (2) DENY APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES OR COSTS AS MOOT (ECF No. 5) and DENYING PLAINTIFFS' "NOTICE OF INTERLOCUTORY APPEAL" AS MOOT (ECF No. 6)

On February 11, 2026, the Magistrate Judge filed the Findings and Recommendation. (ECF No. 5).

The Findings and Recommendation was served on all parties on February 12, 2026.

On February 17, 2026, Plaintiffs filed a "Notice of Interlocutory Appeal." (ECF No. 6).

A party may object to a magistrate judge's Findings and Recommendation within fourteen (14) days after being served. Fed. R. Civ. P. 72(b)(2); LR. 74.1(a).  Any objection to the Findings and Recommendation must specifically designate the portions to which the party is objecting and the basis of the objection.  Id.

Plaintiffs are proceeding pro se.  The Court liberally construes Plaintiffs' "Notice of Interlocutory Appeal."  (ECF No. 6).  Erickson v. Pardus, 551 U.S. 89, 94 (2007) (per curiam).  The filing is comprised of four pages of text, citation, and pictures which are indecipherable to the Court.  Plaintiffs do not cite to any factual or legal basis for an "Interlocutory Appeal," nor do they put forth a cognizable objection to the Findings and Recommendation.  It is not clear what relief Plaintiffs seek.

No objections to the Findings and Recommendation having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to (1) Dismiss Complaint Without Leave to Amend and (2) Deny Application to Proceed Without Payment of Fees or Costs as Moot (ECF No. 5) is **ADOPTED AS THE OPINION AND ORDER OF THIS COURT**.

Plaintiffs' Notice of Interlocutory Appeal (ECF No. 6) does

2

not contain any information that requires a change in the Findings and Recommendation of the Magistrate Judge.  Plaintiffs' Notice of Interlocutory Appeal (ECF No. 6) is **DENIED AS MOOT.**

    IT IS SO ORDERED.

    Dated: Honolulu, Hawaii, February 27, 2026.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

Beast, et. al., v. Snoop Doggy Dogg, et al., 26-cv-00006-HG-WRP, ORDER ADOPTING FINDINGS AND RECOMMENDATION TO (1) DISMISS COMPLAINT WITHOUT LEAVE TO AMEND AND (2) DENY APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES OR COSTS AS MOOT (ECF No. 5) AND DENYING PLAINTIFFS' "NOTICE OF INTERLOCUTORY APPEAL" AS MOOT (ECF No. 6)